

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00361-CV

IN RE BRANDON COLEMAN                                              RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. CR12297

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: BILL MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: December 3, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).